UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NEDRA LEBEUF                                                     CIVIL ACTION

VERSUS                                                           16-316-SDD-RLB

PORTFOLIO RECOVERY ASSOCIATES
AND EXPERIAN INFORMATION
SOLUTIONS, INC.

### ORDER

**CONSIDERING** the *Joint Stipulation of Dismissal*[1] filed by Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against all Defendants are dismissed with prejudice and this matter is dismissed in its entirety.

Baton Rouge, Louisiana the 4 day of April, 2017.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 21.